**Order entered May 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00570-CR

## EX PARTE: MICHAEL DWAIN BRADSHAW

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F14-49105-J**

## ORDER

The Court has filed appellant's notice of appeal from the trial court's order denying his pretrial application for writ of habeas corpus. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, the clerk's record, including all of the documents related to appellant's application for writ of habeas corpus.

We **ORDER** Kimberly Xavier, official court reporter of the Criminal District Court No. 3, to file, within **FIFTEEN DAYS** of the date of this order, either the reporter's record of the hearing on appellant's application for writ of habeas corpus or written verification that no hearings were recorded.

We **ORDER** appellant to file his brief by **JUNE 20, 2016**.  We **ORDER** the State to file its brief by **JULY 11, 2016**.  If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* Tex. R. App. P. 31.1.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk; Kimberly Xavier, official court reporter, Criminal District Court No. 3; and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE